# United States District Court

SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Gerold Bacon | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number: CR298-00034-011<br>USM Number: 09916-021<br><br>J. Keith Pollette<br>Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of a mandatory condition of the term of supervision.
[ ] was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 30, 2007 |
| 2 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | July 3, 2007 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X]     The defendant has not violated a standard condition and is discharged as to such violation condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:

Defendant's Date of Birth: September 12, 1973

August 8, 2007
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:
1618 Wilson Avenue
Brunswick, Georgia 31520

Defendant's Mailing Address:
1618 Wilson Avenue
Brunswick, Georgia 31520

Judge, U.S. District Court
Name and Title of Judge

8-8-07
Date

DEFENDANT: Gerold Bacon
CASE NUMBER: CR298-00034-011

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __5 months__ .

[ ]    The Court makes the following recommendations to the Bureau of Prisons:

[X]    The defendant is remanded to the custody of the United States Marshal.
[ ]    The defendant shall surrender to the United States Marshal for this district,

    [ ] at ___ [ ] a.m. [ ] p.m. on _____ .
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____ .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

                                       United States Marshal

                              By _____
                                       Deputy United States Marshal